IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CRIMINAL NO. 05-30112-GPM |
| CHRISTA L. POKOJSKI, | ) ) ) |
| Defendant. | ) |

# ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

**MURPHY, Chief District Judge:**

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of Defendant Christa L. Pokojski to Count 1 of the Indictment is hereby accepted, and Defendant is adjudged guilty of such offense.

A Presentence Investigation Report is ordered. The Court will defer a decision on the Plea Agreement pending review of the Presentence Investigation Report.

Sentencing is hereby scheduled for **Monday, January 23, 2006, at 8:00 a.m.**

**IT IS SO ORDERED.**

DATED: 11/04/05

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge